# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2019

157834 & (18)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOSHUA LEE MOSHER,
     Defendant-Appellant.

_____/

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157834
COA: 340881
Ottawa CC: 13-037693-FC

On order of the Court, the application for leave to appeal the April 13, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to amend is DENIED with respect to the defendant's request to amend the motion filed in the Ottawa Circuit Court, but is GRANTED with respect to the citation of additional authority in the defendant's application filed in this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019

                              Clerk

t0225